# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROGER COLEMAN,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case Number: 21-cv-3936 |
| | ) ) | Judge Edmund A. Sargus, Jr. |
| **CORRECTIONS OFFICER LEGMAH** *et al.*, | ) ) ) ) | Magistrate Judge Kimberly A. Jolson |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

The parties in the subject action conducted a mediation on August 1, 2023. The undersigned hereby gives notice that the mediation was successful and this matter has been resolved.

Respectfully submitted,

/s/ James H. Gordon
James H. Gordon – (0068454)
Lock Gordon Law Group
100 E. Campus View Blvd.
Columbus, Ohio 43235
Telephone:     215.776.6068
*Email:*          jgordon@lockgordon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operating of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James H. Gordon
*Court Appointed Mediator*