IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Roger Coleman,** | Case No. 2:21-cv-03936 |
| **Plaintiff,** | |
| v. | Judge Edmund A. Sargus, Jr. |
| **Corrections Officer Legmah,** *et al.*, | Magistrate Judge Kimberly Jolson |
| **Defendants.** | |

## STIPULATED DISMISSAL, *WITH PREJUDICE*

Pursuant to the terms of their settlement agreement and under Federal Rule of Civil Procedure 41(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice. The parties respectfully request that the Court enter an order retaining jurisdiction to enforce the terms of the settlement agreement. Costs to be assessed to Defendant.

| | |
|---|---|
| DAVE YOST<br>Ohio Attorney General | TOMPKINS, SELPH & ASSOCIATES, LTD. |
| s/*D. Chadd McKitrick*<br>D. CHADD McKITRICK (0073750)<br>JOHN BATES (0061179)<br>ADAM BECKLER (0101151)<br>Assistant Attorneys General<br>Criminal Justice Section<br>Corrections Litigation Unit<br>30 E. Broad Street, 23rd Floor<br>Columbus, Ohio 43215-3428<br>Office: (614) 644-7661/Fax (866) 359-3383<br>Daniel.McKitrick@OhioAGO.gov<br>John.Bates@OhioAGO.gov<br>Adam.Beckler@OhioAGO.gov<br>*Counsel for Defendant,*<br>*Gregory Legemah* | /s/ *Theran J. Selph, Sr.*<br>Theran J. Selph, Sr. (0079376)<br>P.O. Box 341318<br>Columbus, Ohio 43234-1318<br>Office: (614) 453-0971/Fax (866) 519-5298<br>tselph@selphlaw.com<br>*Counsel for Plaintiff,*<br>*Roger Coleman* |